## DISCIPLINARY DOCKET

**90–1131.** Disciplinary Counsel v. McClenaghan. On Petition for Reinstatement. The petition of Charles Halle McClenaghan is denied.

MOYER, C.J., DOUGLAS and WRIGHT, JJ., dissent.

### Tuesday, April 26, 1994
## MOTION DOCKET

**93–2348.** Cincinnati Bengals, Inc. v. Papania. *Hamilton County,* No. C–920272. On motion for stay. Motion granted.

**94–736.** State v. Boone. *Lorain County,* No. 93CA005557. On motion for stay. Motion denied.

PFEIFER, J., dissents.

## MISCELLANEOUS DISMISSALS.

**94–81.** State ex rel. Watkins v. Stuard. *Trumbull County,* No. 93–T–4934. This cause is pending before the court as an appeal from the Court of Appeals for Trumbull County. Upon consideration of appellant's application to dismiss,

IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective April 25, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

### Wednesday, May 4, 1994
## MERIT DOCKET

**92–1424.** State ex rel. Shaniuk v. Fuerst. *Cuyahoga County,* No. 63323. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**92–2323.** In re Doerger. On respondent's motion to dismiss and on relator's notice and response to show cause order. *Sua sponte,* case No. 92–2323 only is dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–393.** State ex rel. Norris v. Judges of Fifth Appellate Dist., Stark Cty. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–512.** Griffin v. Giavasis. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–547.** State ex rel. Clark v. Ohio Adult Parole Auth. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–844.** State ex rel. Sweezey v. Russo. In Mandamus and Prohibition. On motion for alternative writ. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.